1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8           **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                         —o0o—

10 MICHELLE LEE MAHAN,                     CASE NO. 2:06-CV-02663-GGH

11           Plaintiff,                    **ORDER EXTENDING
                                           PLAINTIFF'S TIME TO RESPOND TO**
12 vs.                                     **DEFENDANT'S ANSWER**

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
             Defendant.
15 _____/

16        Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to respond to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19        Plaintiff shall file her response on or before November 19, 2007.

20        SO ORDERED.

21

22 DATED: 11/15/07                          /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE
23 mahan.eot2

24

25

26

27

28
                                                 1
   STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER